UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL GUARACA,

               Plaintiff,

       -against-

F CAPPARELLI LANDSCAPE DESIGN INC.
(D/B/A CAPPARELLI LANDSCAPE), et al.,

               Defendants.

**ORDER**

26-CV-01224 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff Manuel Guaraca initiated this action by filing a complaint on February 13, 2026. (Doc. 1). On March 7, 2026, Plaintiff filed affidavits of service, indicating service of the summonses and complaint was effectuated on Defendants F Capparelli Landscape Design Inc. and Frank Capparelli on February 24, 2026. (Docs. 5-6). There has been no activity on the docket since the filing of the affidavits of service.

By May 29, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why he should not pursue default judgment against Defendants F Capparelli Landscape Design Inc. and Frank Capparelli.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
       April 29, 2026

_____
Philip M. Halpern
United States District Judge